**Opinion issued January 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00749-CR

————————————

**JASON SHAYNE BATES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 355th District Court**
**Hood County, Texas[1]**
**Trial Court Case No. CR15508**

---

**MEMORANDUM OPINION**

---

[1]     Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court.  *See* Misc. Docket No. 23–9079 (Tex. Sept. 26, 2023); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer cases); TEX. R. APP. P. 41.3.

Appellant, Jason Shayne Bates, has filed a "Voluntary Motion to Dismiss Appeal with Expediency for Appellant's New Sentence to Begin Without Delay," stating that he "no longer wishes to conduct this appeal" and requesting that the Court dismiss his appeal.

Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Although appellant failed to include a certificate of conference, more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).